# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRET LASO,

          Plaintiff,

-vs-                                      Case No. 6:08-cv-450-Orl-28KRS

SELECTBUILD, LLC,

          Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismiss Action with Prejudice (Doc. No. 26) filed February 6, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied or the settlement be restructured as set forth in the report.

After an independent *de novo* review of the record in this matter, and review of the Stipulation Regarding Report and Recommendation filed by the Parties (Doc. No. 32), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 27, 2009 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The settlement agreement is restructured to require payment of $10,242.50 to Plaintiff Bret Laso and, only after receipt of that amount, payment of $6,722.50 to Plaintiff's attorney K.E. Pantas. Plaintiff's attorney is prohibited from withholding any portion of the $10,242.50 payable to Plaintiff under the settlement agreement.

3. The Court declines to reserve jurisdiction to enforce the settlement agreement.

4. Plaintiff's attorney shall provide a copy of this Order to Plaintiff.

5. This case is dismissed with prejudice.

6. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 13 day of April, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party